UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID EUGENE THOMPSON, JR., ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 07-MJ-529 <br><br> DETENTION ORDER |

Offenses charged:

    Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1).

Date of Detention Hearing:   December 17, 2007.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    Defendant has been previously convicted of a number of assaults, including felony domestic violence.

    (2)    Defendant has been arrested on several occasions for unlawful possession of weapons.

    (3)    Defendant has substantial anger management difficulties. Even his

01 grandmother stated that he has an explosive temper, as does his father.

02 (4) Defendant has had a hard time keeping a job, according to his State
03 Community Corrections Officer, in part due to his anger management
04 difficulties. He has only worked about one week and one day since June 2007.

05 (5) When defendant was arrested, according to the complaint, he was in possession
06 of eight firearms, including two assault rifles and a semiautomatic rifle with a
07 scope, ammunition and a switch-blade knife.

08 (6) Defendant resides with his father, who, according to the complaint, stated that
09 if all the guns were seized from him, then the next day, he would go and get
10 some more. He also stated that "if a police officer came to his house, he would
11 shoot them and shoot to kill." His father also said "he would go to war with
12 the police if anything further happened."

13 (7) Defendant was on state supervision when the federal charges were filed.

14 (8) Defendant has eight prior failures to appear.

15 (9) There appear to be no conditions or combination of conditions other than
16 detention that will reasonably address the risk of danger to the community.

17 IT IS THEREFORE ORDERED:

18 (1) Defendant shall be detained and shall be committed to the custody of the
19 Attorney General for confinement in a correctional facility separate, to the
20 extent practicable, from persons awaiting or serving sentences or being held in
21 custody pending appeal;

22 (2) Defendant shall be afforded reasonable opportunity for private consultation
23 with counsel;

24 (3) On order of a court of the United States or on request of an attorney for the
25 government, the person in charge of the corrections facility in which defendant
26 is confined shall deliver the defendant to a United States Marshal for the

      purpose of an appearance in connection with a court proceeding; and

(4)    The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 17th day of December, 2007.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 3

15.13
Rev. 1/91